No. 17,010.

SCHWIEDER ET AL. *v.* ORIENTAL REFINING COMPANY ET AL.
(261 P. [2d] 1017)

Decided September 21, 1953.   Rehearing denied October 13, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. A. D. QUAINTANCE, Mr. WILLIAM D. JOHNSON, for plaintiffs in error.

Mr. MAX P. ZALL, Mr. RONALD I. ZALL, for defendant in error Oriental Refining Company.

Mr. IVOR O. WINGREN, for defendant in error Continental Oil Company.

Messrs. GORSUCH & KIRGIS, Mr. CHARLES E. GROVER, for defendant in error Bay Petroleum Corporation.